**Opinion issued November 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00539-CV

————————————

**RAMESH KAPUR, Appellant**

**V.**

**FONDREN SOUTHWEST TEMPOS ASSOCIATION, INC., Appellee**

---

On Appeal from the 189th District Court
Harris County, Texas
Trial Court Case No. 2010-13051

---

## MEMORANDUM OPINION

Appellant, Ramesh Kapur, has neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX.

GOV'T CODE ANN. §§ 51.207, 51.941(a) (West 2013), 101.041 (West Supp. 2015);

Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and

Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.